## W. X. HUBER Co. *v.* UNITED STATES

**No. 4889.**—Invoices dated Shanghai, China, July 15, 1935, etc.
    Certified July 16, 1935, etc.
    Entered at Los Angeles, Calif., August 26, 1935, etc.
    Entry No. 201, etc.

(Decided April 30, 1940)

*Philip Stein* for the plaintiff.

*Webster J. Oliver*, Assistant Attorney General (*Daniel I. Auster*, special attorney), for the defendant.

BROWN, Judge: The appeals listed in schedule A, hereto attached and made a part hereof, have been stipulated and submitted for decision by counsel for the parties hereto.

On the agreed facts, I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, is the proper basis for the determination of the value of the merchandise involved, and that such values are the appraised values, less the amounts added under duress.    Judgment will be rendered accordingly.